**Opinion issued July 7, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-26-00669-CR**

**NO. 01-26-00670-CR**

**NO. 01-26-00671-CR**

———————————

**IN RE KEONTE REESCANO, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator Keonte Reescano has filed a petition for writ of mandamus complaining of the trial court's failure to provide underlying hearing transcripts.[1]

---

[1] The underlying cases are *State of Texas v. Keonte Reescano*, Cause Nos. 1874940, 1874941, 1874942, pending in the 185th District Court of Harris County, Texas, the Honorable Andrea Beall presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Guerra, Gunn, and Morgan.

Do not publish.  TEX. R. APP. P. 47.2(b).